## CHARLES SPELLS *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Spells' petition for certification for appeal from the Appellate Court, 108 Conn. App. 192 (AC 28278), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided July 9, 2008

## MICHAEL J. JARRETT *v.* COMMISSIONER OF CORRECTION

The petitioner Michael J. Jarrett's petition for certification for appeal from the Appellate Court, 108 Conn. App. 59 (AC 28340), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Michael Oh*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided July 9, 2008